1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LEO WISE, | ) | Case No. CV 08-6552 PSG(JC) |
| Petitioner, | ) ) | (~~PROPOSED~~) |
| v. | ) ) | ORDER ADOPTING FINDINGS, CONCLUSIONS, AND |
| DEBRA DEXTER, et al., | ) ) | RECOMMENDATIONS OF UNITED STATES MAGISTRATE |
| Respondents. | ) | JUDGE |
| _____ | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge.  The Court approves and adopts the United States Magistrate Judge's Report and Recommendation except that the citation to Porter v. Ollison which appears on page 11, is updated to the following: Porter v. Ollison, 620 F.3d 952, 959 (9th Cir. 2010).

IT IS HEREBY ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///
///
///

1    IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
United States Magistrate Judge's Report and Recommendation, and the Judgment
herein on petitioner and on counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: 12/21/10


                              PHILIP S. GUTIERREZ
                        HONORABLE PHILIP S. GUTIERREZ
                        UNITED STATES DISTRICT JUDGE