UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEO WISE, | ) Case No. CV 08-6552 PSG(JC) |
| Petitioner, | ) (PROPOSED) |
| v. | ) JUDGMENT |
| DEBRA DEXTER, et al., | ) |
| Respondents. | ) |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 12/21/10

PHILIP S. GUTIERREZ
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE